**Order entered May 16, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01130-CR

**JOHN MICHAEL MCFARLAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00567-R**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandate in

this appeal **INSTANTER**.

/s/    DAVID L. BRIDGES
JUSTICE